NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000761**
**31-AUG-2015**
**08:07 AM**

NO. CAAP-14-0000761

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant,
v.
WAILANA K. CRIVELLO HO, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-13-04236)

ORDER OF CORRECTION
(By: Ginoza, J., for the court[1])

The Summary Disposition Order of this court entered on August 28, 2015, is hereby corrected as follows: on the last page, in the attorney credit section, Loren J. Thomas, Deputy Prosecuting Attorney should be deleted and James M. Anderson, Deputy Prosecuting Attorney should be added so as corrected it will read as follows:

> James M. Anderson,
> Deputy Prosecuting Attorney,
> City and County of Honolulu,
> for Plaintiff-Appellant.

The clerk of the court is directed to incorporate the foregoing changes in the original Summary Disposition Order of

---

[1] Considered by Foley, Presiding Judge, Reifurth and Ginoza, JJ.

the court and take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawai'i, August 31, 2015.

FOR THE COURT

Associate Judge